

101 Park Avenue, 17th Floor
New York, NY  10178
212.878.7900   212.692.0940
www.foxrothschild.com

RORY G. GREEBEL
Direct No: 212.905.2314
Email: rgreebel@foxrothschild.com

September 19, 2024

**VIA ECF**

Honorable J. Paul Oetken
Thurgood Marshall Building
United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:     Jabbari v. Majors**
         **Case No.: 1:24-cv-02048-JPO**
         **Extension Request via Letter Motion**

Dear Judge Oetken:

As the Court is aware, we represent Defendant Jonathan Majors ("Defendant") in the above referenced action.

Defendant writes the Court on consent with Plaintiff regarding an extension of the current deadline of October 8, 2024 for Defendant to answer, respond to or move to dismiss Plaintiff's Complaint. Plaintiff and Defendant are still engaged in active dialogue regarding the case and respectfully request the necessary additional time to continue these intricate conversations.

As a result, Defendant, without objection from Plaintiff, respectfully requests that Defendant's deadline to answer, respond to or move to dismiss Plaintiff's Complaint be extended through and including **October 29, 2024**.

This is the fifth letter motion seeking an extension with prior extension requests being granted and submitted without objection.  Counsel for the parties are working as expediently as possible and doing so in a professional manner.  Defendant is appreciative of the Court's patience and granting of the prior letter requests for additional time.

A Pennsylvania Limited Liability Partnership

California    Colorado    Delaware    District of Columbia    Florida    Georgia    Illinois    Massachusetts    Minnesota    Missouri
Nevada    New Jersey    New York    North Carolina    Oklahoma    Pennsylvania    South Carolina    Texas    Washington



Honorable J. Paul Oetken
September 19, 2024
Page 2

Finally, at this time there are no pending discovery deadlines.  However, the Court did schedule an Initial Conference for October 10, 2024 at 11:00 a.m.  Given the newly requested date of **October 29, 2024** for Defendant to answer, respond to or move to dismiss Plaintiff's Complaint, the Parties respectfully request that the October 10, 2024 Initial Conference be adjourned to **November 1, 2024**.

Defendant reserves all rights, objections and defenses.

Defendant appreciates your consideration of the above.

Respectfully submitted,

*/s/ Rory G. Greebel*

RGG

cc:   Plaintiff's Counsel via ECF