UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| GRACE JABBARI, | |
| Plaintiff, | |
| v. | Case No. 1:24-cv-02048-JPO |
| JONATHAN MAJORS, | |
| Defendant. | |

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Grace Jabbari and Defendant Jonathan Majors, through their undersigned attorneys, that all claims against Defendant in the above-captioned action are hereby dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and each party will bear its own costs and attorneys' fees.

Respectfully submitted,

164627831.1

Date:   November 21, 2024                        **EDWARDS HENDERSON**

By: _____
Brittany Henderson
Bradley Edwards
425 N. Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: (954) 524-2820
Facsimile: (954) 524-2822
brittany@cvlf.com
brad@cvlf.com
ecf@cvlf.com

**Attorneys for Plaintiff**

Date:   November 21, 2024                        **FOX ROTHSCHILD LLP**

By: _____
Rory G. Greebel
rgreebel@foxrothschild.com
101 Park Avenue, 17th Floor
New York, NY 10178
Telephone: (212) 878-7900
Facsimile: (212) 692-0940

**Attorneys for Defendant**